**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LINDA LEHRBACH, on behalf of herself and all other similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>EMM LOANS, LLC,<br><br>                  Defendant. | Case No. 1:25-cv-02040 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW Plaintiff, by and through her undersigned counsel, and hereby

respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an

Order that:

(1)    preliminarily approve the Settlement and the Settlement Agreement;

(2)    provisionally certify the Settlement Class for settlement purposes;

(3)    approve the Notices and Notice Program, including the opt-out and objection procedures;

(4)    approve the Claim Form and Claims Process;

(5)    appoint Plaintiff Linda Lehrbach as Class Representative;

(6)    appoint Cassandra P. Miller of Strauss Borrelli PLLC as Class Counsel;

- 1 -

(7)    appoint Simpluris as the Settlement Administrator; and

(8)    sets a Final Approval Hearing date and time.

This Motion is unopposed by Defendant EMM Loans, LLC. This Motion is based on the accompanying Memorandum of Law in support, the Parties' Settlement Agreement and all exhibits thereto (attached as Exhibit 1), the Declaration of Cassandra P. Miller (attached as Exhibit 2), and all pleadings and filings in this action.

As set forth more fully in the Memorandum of Law, the requested relief is appropriate because (1) the Parties' Settlement is fair, reasonable, and adequate and satisfies the requirements of Federal Rule of Civil Procedure 23(e)(2); (2) the requirements of Rule 23(a) and (b)(3) are satisfied and certification of the Settlement Class is warranted for settlement purposes; and (3) the proposed Notice Program satisfies due process and Rule 23.

For the Court's convenience, a proposed Preliminary Approval Order is submitted herewith as Exhibit 3.

Dated: March 30, 2026

**Respectfully Submitted:**

*s/Patrick Howard*
Patrick Howard
SALTZ MONGELUZZI & BENDESKY, P.C.
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
phoward@smbb.com

Cassandra P. Miller (Pro Hac Vice)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
cmiller@straussborrelli.com